

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelson R. Acosta,<br><br>       Petitioner,<br>vs.<br>G. J. Giurbino, Warden,<br><br>       Respondent. | CASE NO. 06-CV-1527-WQH (JMA)<br><br>**ORDER** |

HAYES, Judge:

  The matter before the Court is the Report and Recommendation ( Doc. # 16) filed on May 5, 2008 by the Magistrate Judge Jan M. Adler.

### BACKGROUND

  On July 25, 2006, Petitioner Nelson R. Acosta filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (Doc. # 5). The Petition alleges that Petitioner was convicted for robbery, burglary, assault and other related charges. The Petition alleges that Petitioner's sentence violated the Eighth and Fourteenth Amendments of the United States Constitution, and that there was insufficient evidence to support his conviction for receiving stolen property. On January 14, 2008, Respondent filed an Answer, which alleges that the Petition fails to state a federal claim and is wrong on the merits, and that the state court's decision was neither contrary to, nor an unreasonable application of clearly established federal law. (Doc. # 13.) On February 19, 2008, Petitioner filed a Traverse. (Doc. # 15).

On May 5, 2008, Magistrate Judge Adler issued the Report and Recommendation recommending that this Court deny habeas corpus relief. Magistrate Judge Adler ordered the parties to file objections to the Report and Recommendation on or before June 6, 2008. Neither party filed objections.

## APPLICABLE LAW

The duties of the district court in connection with a Magistrate Judge's Report and Recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a Report and Recommendation, "[a] judge of the [district] court shall make a de novo determination of those portions of the [Report and Recommendation] to which objection is made." 28 U.S.C.A. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objections are filed, the district court need not review de novo the Report and Recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district court may nevertheless, "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006); *Or. Natural Desert Ass'n v. Rasmussen,* 451 F. Supp. 2d. 1202, 1205 (D. Or. 2006).

## RULING OF THE COURT

Neither party objected to the Magistrate Judge's Report and Recommendation in this case, and this Court has reviewed the Report and Recommendation in its entirety. The Court concludes that the Magistrate Judge correctly determined that (1) sentencing under California Penal Code section 654, which Petitioner challenges here, is not subject to federal review; (2) even if sentencing under section 654 were subject to federal review, no error occurred in this case; (3) Petitioner's sentence does not violate the Eighth Amendment because it is not grossly disproportionate to his crimes; (4) the trial court's imposition of consecutive sentences for Petitioner's robbery and assault convictions was not contrary to, nor an unreasonable application of federal law; and (5) Petitioner's conviction for receiving stolen property was not contrary to, nor an unreasonable application of federal law. The Court therefore adopts all portions of the Report and Recommendation.

IT IS HEREBY ORDERED that the Report and Recommendation (Doc. # 16.) is **ADOPTED** in its entirety, and the Petition for Writ of Habeas Corpus (Doc. # 5.) is **DENIED**.

DATED: 7/15/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT